**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 97-30292

_____

SERGIO E SANTOS, JR,

Petitioner - Appellant,

versus

UNITED STATES DEPARTMENT OF JUSTICE; IMMIGRATION AND NATURALIZATION SERVICE; JOHN B Z CAPLINGER; R MORTON,

Respondents - Appellees.

_____

Appeal from the United States District Court
For the Western District of Louisiana
(96-CV-2214)
_____

April 10, 1998

Before GARWOOD, DAVIS and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. See 5TH CIR. R. 47.6; *see also Gisbert v. U.S. Attorney General*, 998 F.2d 1437, 1441-44 (5th Cir.), *modified*, 997 F.2d 1122 (5th Cir. 1993).

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.